## CITY OF SULPHUR v. WALL.

No. 7094—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by Ella B. Wall against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

George M. Nicholson, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744. is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

---

## CITY OF SULPHUR v. PITTSBURG MOTOR CO.

No. 7096—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by the Pittsburg Motor Company against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

H. W. Broadbent, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312. 162 Pac. 744. is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

---

## CITY OF SULPHUR v. TEXAS MFG. CO.

No. 7095—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by the Texas Manufacturing Company against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

George M. Nicholson, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312. 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.